

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

| | |
|---|---|
| To: | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge |
| From: | William Sinclair<br>Senior U.S. Probation Officer |
| Subject: | Brandon Tate<br>Case Number: 0419 3:13-CR00296- 1<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| Date: | July 7, 2020 |

Brandon Tate appeared before Your Honor on April 20, 2020, for a supervised release revocation hearing, based on a warrantless search that yielded evidence of identity theft and bank fraud. During this search, two cell phones, a laptop and numerous stolen identification cards with personal identifying information (PII) were recovered from his residence. An examination of the Mr. Tate's primary cell phone revealed several conversations regarding the fabrication of identification cards, check washing and account cracking schemes. NCWP Cybercrimes Analyst Cole Johnson verified that the laptop had been used to access the Dark Web. The defendant did not provide access to the second cell phone found in his bedroom and our cybercrime analyst was unable to unlock the device.

Mr. Tate was ultimately found in violation of his conditions of release and sentenced to 18 months of imprisonment, with one (1) year of supervised release to follow. This Sr. USPO has verified that no further charges will be sought in connection with the discovery seized from Mr. Tate. It is the respectful request of this officer that all discovery be destroyed.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-564-3735, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: August 5, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge

Case 3:13-cr-00296-RJC   Document 66   Filed 08/05/20   Page 1 of 1